UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BLAKE A. CORLEY                                                                                   PLAINTIFF

v.                                      No. 2:20-CV-02172

ANDREW M. SAUL, Commissioner,
Social Security Administration                                                                    DEFENDANT

## ORDER

The Court has received a report and recommendation (Doc. 20) from United States Magistrate Judge Mark E. Ford. The Magistrate recommends the Court grant Defendant's unopposed motion (Doc. 18) to remand for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). The deadline to file objections has not passed, but because the motion is unopposed the Court need not wait for objections. The Court has reviewed the report and recommendation, which is proper and ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Defendant's motion (Doc. 18) is GRANTED.

IT IS FURTHER ORDERED that the decision of the Commissioner of the Social Security Administration to deny benefits to Plaintiff is REVERSED and this matter is REMANDED for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g). Judgment will entered be accordingly.

IT IS SO ORDERED this 10th day of June, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE