UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BLAKE A. CORLEY                                                                                       PLAINTIFF

v.                                        No. 2:20-CV-02172

ANDREW M. SAUL, Commissioner,
Social Security Administration                                                                        DEFENDANT

## JUDGMENT

Pursuant to the order entered in this case on this date, the decision of the Commissioner of the Social Security Administration to deny benefits to Plaintiff is REVERSED and this matter is REMANDED for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g).

IT IS SO ADJUDGED this 10th day of June, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE